**Opinion September 5, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00586-CR**

**NO. 01-19-00587-CR**

**NO. 01-19-00588-CR**

**NO. 01-19-00589-CR**

**NO. 01-19-00590-CR**

**NO. 01-19-00591-CR**

**NO. 01-19-00592-CR**

**NO. 01-19-00593-CR**

**NO. 01-19-00594-CR**

**NO. 01-19-00595-CR**

**NO. 01-19-00596-CR**

————————————

## IN RE WILLIAM ANDREW ALLEN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

# MEMORANDUM OPINION

Relator, William Andrew Allen, has filed petitions for writ of mandamus, seeking to have his convictions reversed and remanded.[1]

We **deny** relator's petitions for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. William Andrew Allen*, cause numbers 12976, 12986, 12978, 12979, 12980, 12981, 12982, 12983, 12984, 12985, and 12977, pending in the 155th District Court of Waller County, Texas, the Honorable Jeff R. Steinhauser presiding.